**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: VACATION OF RACCOON CREEK ROAD BY ORDINANCE NO. 2-2016 | : No. 244 WAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: ARTEMIS CHIRGOTT | : the Order of the Commonwealth |
| | : Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.